Andrew T. Ryan, Esq. (SBN 227700)
Jason A. Kayne, Esq. (SBN 321006
THE RYAN LAW GROUP
317 Rosecrans Avenue
Manhattan Beach, CA 90266
Tel: (310) 321-4800
Fax: (310) 496-1435
Andrew.ryan@theryanlawgroup.com
jason@theryanlawgroup.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA RERYCH, an Individual, <br><br> Plaintiff, <br><br> VS. <br><br> PRINCESS CRUISE LINES, LTD., AND DOES 1 THROUGH 50, INCLUSIVE. <br><br> Defendants. | Case No.: 2:24-cv-9705 <br><br> **COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff Barbara Rerych, ("Plaintiff") hereby complains and alleges against Princess Cruise Lines, LTD., and DOES 1 through 50, (collectively "Defendants") as follows:

## GENERAL ALLEGATIONS

1.     Plaintiff Barbara Rerych is, and at all times mentioned herein, a resident of the State of Illinois.

2.     Defendant Princess Cruise Lines, Ltd. ("Princess Cruises") is, and at all times mentioned herein was, a corporation with its principal place of business in Santa Clarita, California.

3.     The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants DOES 1 through 50, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes, and thereon alleges, that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by such Defendants.

## JURISDICTION AND VENUE

4.     The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

5.     At all times material hereto, Defendant, personally or through an agent:

    a. Operated, conducted, engaged in, or carried on a business venture in this state and/or county or had an office or agency in this state and/or county;

    b. Was engaged in substantial activity within this state;

    c. Operated vessels in the waters of this state;

    d. Committed one or more of the acts stated in California Code of Civil Procedure Section 395(a),

    e. The acts of Defendant set out in this Complaint occurred in whole or in part in this county and/or state;

f.  Defendant, as a common carrier, was engaged in the business of providing to the public and to Plaintiff in particular, for compensation, vacation cruises aboard its vessels.

6.   At all times material hereto, Defendant is subject to the jurisdiction of the Courts of this state.

7.   At all times material hereto, the causes of action asserted in this Complaint arise under the general maritime law of the United States.

8.   This matter is being filed in the United States District Court for the Central District  of California, as required by the forum selection clause contained within the cruise ticket contract issued by Defendant.

## FIRST CAUSE OF ACTION

### *Negligence*

(Against Princess Cruise  Lines, Ltd. and DOES  1 through 50)

9.   Plaintiff reincorporates and sets forth fully the preceding allegations in this complaint.

10.   On or about November 22, 2023, Plaintiff Barbara Rerych was a passenger on the Sapphire Princess, a vessel owned, operated, managed, and/or controlled by Defendant Princess Cruises.

11.   While the Sapphire Princess was en route from Barcelona, Spain, Plaintiff was laying on a lounge chair on Deck 17, and put her hand down to adjust the chair. As she was adjusting the chair, her fingers got caught in the hole where the chair hinges, causing her to sustain severe lacerations to 3 of her fingers. Consequently, to this day, Plaintiff is still experiencing pain and loss of range of motion in her left hand and fingers.

12.   At all times mentioned herein, Defendant Princess Cruises  owed Plaintiff a duty of care to maintain the premises in a safe condition, to inspect and repair any unsafe conditions, and to warn passengers of any known hazards.

13.   Defendant Princess Cruises breached its duty of care by negligently failing to properly maintain the lounge chairs, failing to remedy the hazardous condition presented by the lounge chairs, failing to detect the hazardous condition, and failing to provide adequate warnings of the dangerous condition.

14.   As a direct and proximate result of Defendant Princess Cruises' negligence, Plaintiff, Barbara Rerych, sustained severe injuries, including but not limited to lacerations to three fingers on her left hand, pain and suffering, emotional distress, and economic losses including medical expenses and lost wages. Plaintiff continues to receive treatment for his injuries and has not yet fully recovered.

15.   Princess Cruises knew or should have known that the lounge chairs on Deck 17 were dangerous through proper inspections of the furniture used in common areas on the decks of the ship.

16.   Plaintiff is informed and believes, and on that basis alleges, that prior to the incident, there has been other similar incidents of passengers injuring themselves on lounge chairs due to similar hazardous conditions on board vessels operated by Princess Cruises, but these incidents are not publicly available and cannot be established until discovery is commenced.

## **RELIEF**

WHEREFORE, Plaintiff Barbara Rerych prays for judgment against Defendant Princess Cruise  Lines, Ltd., and DOES 1 through 50, inclusive, as follows:

1. For general damages in an amount according to proof;

2. For special damages, including but not limited to medical expenses, lost  wages, and other out-of-pocket costs, in an amount according to proof;

3. For costs of suit incurred herein;

4. For prejudgment interest as permitted by law; and

5. For such other and further relief as the court may deem proper.

DATED:  November 11, 2024        THE RYAN LAW GROUP

BY: _____

Andrew T. Ryan
Attorneys for Plaintiff

COMPLAINT

# JURY TRIAL DEMAND

Plaintiff Barbara Rerych hereby demands a trial by jury.


DATED:  November 11, 2024          THE RYAN LAW GROUP

BY: _____
                                  Andrew T. Ryan
                                  Attorneys for Plaintiff