JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BARBARA RERYCH,

    Plaintiff,

    v.

PRINCESS CRUISE LINES, LTD.,

    Defendants.

Case No. 2:24-cv-09705-AB (BFMx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 30, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1